UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: INCRETIN-BASED THERAPIES PRODUCTS LIABILITY LITIGATION | MDL NO. 13MD2452 AJB(MDD) |
| DONALD HARRIS, INDIVIDUALLY, AND ON BEHALF OF VIOLET HARRIS, DECEASED,<br><br>Plaintiffs,<br><br>v.<br>MERCK SHARP & DOHME CORP.,<br><br>Defendant. | **ORDER GRANTING JOINT STIPULATION OF VOLUNTARY DISMISSAL**<br><br>CASE NO.: 15CV2 AJB(MDD) |

In consideration of the parties' joint stipulation, IT IS HEREBY ORDERED THAT;

1. The above-entitled action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. Each party will bear its own attorneys' fees and costs.

3. Each party waives the right to any appeal.

IT IS SO ORDERED.

DATED: 6/29/21

Hon. Anthony J. Battaglia
U.S. District Judge

STIPULATION OF VOLUNTARY DISMISSAL